ADOLFS ERNSTEINS et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS, Respondent. In the Matter of STATE DIVISION OF HUMAN RIGHTS, Petitioner, v. ADOLFS ERNSTEINS et al., Respondents.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.